UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUSTO RICHARDS,

    Plaintiff,

    v.

CARL HEASTIE, et al.,

    Defendants.

Case No. 20-cv-07531-PJH

**ORDER OF TRANSFER**

Re: Dkt. No. 8

This is a civil rights case brought pro se by a state prisoner. Plaintiff is incarcerated in the Northern District of New York and raises claims against defendants in that district.[1] Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This case is **TRANSFERRED** to the United States District Court for the Northern District of New York. *See* 28 U.S.C. § 1406(a). In light of the transfer, the court will not rule on plaintiff's motion to proceed in forma pauperis (Docket No. 8) which is **VACATED**.

**IT IS SO ORDERED.**

Dated: December 3, 2020

                                    */s/ Phyllis J. Hamilton*
                                    PHYLLIS J. HAMILTON
                                    United States District Judge

---

[1] To the extent plaintiff raises concerns regarding the class action case, *Scholl v. Munchin*, 20-cv-5309 PJH, plaintiff's initial letter has been forwarded to class counsel.