# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Justo Richards**
      Plaintiff(s)
    vs.                          **CASE NUMBER: 1:20-cv-1495 (BKS/CFH)**

**Carl Heastie**
      Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:. ORDERED that the Report-Recommendation (Dkt. No. 13) is ADOPTED in its entirety; and it is further ORDERED that the Complaint is DISMISSED with prejudice.

All of the above pursuant to the order of the Honorable Brenda K. Sannes, dated the 2nd day of August, 2021.

DATED: August 2, 2021

Clerk of Court

                         s/Kathy Rogers
                         Deputy Clerk